# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, ) | |
| ) | |
| LORILLARD TOBACCO COMPANY, ) | |
| ) | |
| COMMONWEALTH BRANDS, INC., ) | |
| ) | |
| LIGGETT GROUP LLC, ) | |
| ) | |
| and ) | |
| ) | |
| SANTA FE NATURAL TOBACCO ) | |
| COMPANY, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 11-1482 (RJL) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| MARGARET HAMBURG, Commissioner of ) | |
| the United States Food and ) | |
| Drug Administration, ) | |
| ) | |
| and ) | |
| ) | |
| KATHLEEN SEBELIUS, Secretary of the ) | |
| United States Department of Health ) | |
| and Human Services, ) | |
| ) | |
| Defendants. ) | |

## ORDER
November 7, 2011 [Dkt. #11]

For the reasons set forth in the accompanying Opinion, it is this 7th day of

November, 2011 hereby

1

**ORDERED** that Plaintiffs' Motion For Preliminary Injunction [Dkt. #11] is GRANTED; and it is further

**ORDERED** that implementation of the graphic image and textual warning requirements published at 76 Fed. Reg. 36,628 (June 22, 2011) and mandated by Section 201(a) of the Tobacco Control Act, and all related requirements, *see* Act §§ 101(b), 301, are stayed until 15 months after a final ruling from this Court on the merits of the parties' claims; and it is further

**ORDERED** that the FDA, as a consequence of this Order, shall be enjoined from enforcing any of the new requirements contained in its Final Rule until 15 months after a final ruling by this Court.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2